IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIAN FATEMI,**                                    3:15-CV-00371-YY

       **Plaintiff,**                              ORDER

**v.**

**NORTHLAND GROUP, INC., a debt collector,**

       **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart[1] issued Findings and Recommendation (#51) on February 11, 2016, in which she recommends the Court grant the Motion (#37) for Summary Judgment of Defendant Northland Group, Inc., as to Plaintiff's claim for violation of the Fair Debt Collection Practices Act (FDCPA), 15

---

[1] This matter was reassigned to Magistrate Judge Youlee Yim Yo on March 3, 2016.

1 - ORDER

U.S.C. § 1692f and deny Defendant's Motion as to Plaintiff's claim for violation of § 1692e of the FDCPA and as to Defendant's *bona fide* error defense.  Defendant filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In its Objections Defendant reiterates the arguments contained in its Motion for Summary Judgment and Reply and stated at oral argument.  This Court has carefully considered Defendant's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#51), **GRANTS** Defendant's Motion (#37) for Summary

2 - ORDER

Judgment as to as to Plaintiff's claim for violation of § 1692f of the FDCPA, and **DENIES** Defendant's Motion as to Plaintiff's claim for violation of § 1692e of the FDCPA and as to Defendant's *bona fide* error defense.

IT IS SO ORDERED.

DATED this 13th day of May, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER